# United States District Court Violation Notice

IN 90

(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| IL-90 | E 2697754 | D. Kim | A-8 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/31/2025 1215
Offense Charged: ☐ CFR ☒ USC ☐ State Code: 18 USC 111

Place of Offense: Asbury Ave. & Oakton St., Evanston IL

Offense Description: Factual Basis for Charge: Assault / Impeding Federal Officer

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Africano
First Name: Marcello
M.I.: N

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: TBD
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/12/2025 16:17
CVB SCAN 11/12/2025 16:17